**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JOXANA JUDETSY CUMANA-CHAURANT #A246-649-898** | **CIVIL ACTION NO. 6:26-CV-02767 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SOUTH LOUISIANA I C E PROCESSING CENTER** | **MAGISTRATE JUDGE LEBLANC** |

**MEMORANDUM ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No.1) filed by Petitioner Joxana Judetsy Cumana-Chaurant ("Cumana-Chaurant"), an immigration detainee at the South Louisiana I C E Processing Center in Basile, Louisiana.

To determine whether Cumana-Chaurant is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, THE CLERK IS DIRECTED to serve a copy of the Petition (ECF No. 1) and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and
- the Warden where Petitioner is detained, by first-class mail.

IT IS ORDERED that a response to the Petition be filed within **60 days** after electronic service of the Petition and this Order, with supporting summary judgment evidence.

IT IS FURTHER ORDERED that Petitioner shall have **21 days** to reply.

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

Signed at Lake Charles, Louisiana, on this 16th day of September, 2026.

THOMAS P. LEBLANC
UNITED STATES MAGSITRATE JUDGE